**Order entered August 27, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00642-CV**

**JAMES R. SNELL, Appellant**

**V.**

**JENNIFER ELLIS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-00840**

**ORDER**

Before the Court is appellee's August 21, 2020 unopposed motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **September 28, 2020**.

/s/     BILL WHITEHILL
         JUSTICE